UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MORGAN RATLEY | CIVIL ACTION |
| VERSUS | NO. 21-2362 |
| KARLA BECK, CRAIG WEBRE, AND CANTRELL DAVIS | SECTION: "J"(2) |

### ORDER

The Court, having considered the complaint, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's *Complaint* **(Rec. Doc. 4)** be **DISMISSED with prejudice** as legally frivolous under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 29th day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE