

To: Clerk of Court for the Eastern District of Louisiana,

I am notifying you of change of address for the following lawsuits under my name, Morgan Ratley.

21-2120
21-2121
21-2362
21-2356

New Address:

Morgan Ratley #773229
Evelyn Hunt Correctional Center
Beaver 3, Tier A,
P.O. Box 174
St. Gabriel, LA 70776

Thank you very much,

Morgan Ratley

TENDERED FOR FILING

NOV 09 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

BATON ROUGE LA 707

7 NOV 2022 PM 3 L

Morgan Ratley #773329
Elayn Hunt Correctional Complex
Beaver 3, Tier A
P.O. Box 174
St. Gabriel, LA 70776

Legal Mail

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

7013 3080 0000 8595 5595

Legal Mail

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER